**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MALCOLM GRAY,                                  )
                                               )
                        Plaintiff,             )        Case No. 2:15-cv-00069-LDG-GWF
                                               )
vs.                                            )        **ORDER**
                                               )
GREG COX, WARDEN D. NEVEN, *et al.*,           )
                                               )
                        Defendants.            )
_____            )

         This matter is before the Court on Defendants' Motion to Extend Stay for Settlement
Purposes (#4) filed August 31, 2015.  Upon review and consideration,

         **IT IS HEREBY ORDERED** that this case is stayed for 90 days from the date of this Order
to allow Plaintiff and Defendant an opportunity to conduct an early inmate mediation.  The Office
of the Attorney General shall file, on or before 90 days from the date of this Order is entered, the
report form attached to the Screening Order (#2) regarding the results of the 90-day stay.

         DATED this 31st day of August, 2015.


                                               _____
                                               GEORGE FOLEY, JR.
                                               United States Magistrate Judge